110 A.3d 68

IN THE MATTER OF EVANS C. AGRAPIDIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 036881983).

March 26, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–200, concluding that **EVANS C. AGRAPIDIS** of **HASBROUCK HEIGHTS,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.15(b) (failure to promptly deliver funds to the client or third party);

And the Disciplinary Review Board having further concluded that respondent should be required to submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a quarterly basis for a period of two years;

And good cause appearing;

It is ORDERED that **EVANS C. AGRAPIDIS** is hereby reprimanded; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a

quarterly basis for a period of two years, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.